<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6568**

---

CHARLES EDWARD FORRESTER, JR.,

                                   Petitioner - Appellant,

    and

KENNETH N. HAMMOND; PHILLIP DUCKETT,

                                   Petitioners,

    versus

DAVID A. GARRAGHTY, Warden; DISTRICT OF
COLUMBIA AGENCIES; UNITED STATES PAROLE
COMMISSION; ANTHONY WILLIAMS, Mayor; EDWARD F.
REILLY, JR., Chairman, United States Parole
Commission; ODIE WASHINGTON, in his official
capacity as Director, D.C. Department of
Corrections; JOHN ASHCROFT, Attorney General,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-02-864-AM)

---

Submitted: August 28, 2003      Decided: September 4, 2003

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

---

Charles Edward Forrester, Jr., Appellant Pro Se.  Kimberly C. Matthews, OFFICE OF CORPORATION COUNSEL, Washington, D.C.; Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Edward Forrester, Jr., a District of Columbia prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). An appeal may not be taken from the final order in a § 2241 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1040 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000). We have independently reviewed the record and conclude that Forrester has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Forrester's motion for appointment of counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED